Steven R. Weinmann (SBN 190956)
Steven.Weinmann@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

*Additional Counsel on Signature Page*

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE QUINONES, individually, and on behalf of a class of similarly situated individuals, | Case No.: 5:19-cv-01611-VAP-ADS |
| Plaintiff, | **THIRD AMENDED CLASS ACTION COMPLAINT FOR:** |
| v. | (1) Breach of Implied Warranty under the Magnuson-Moss Warranty Act |
| TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, TOYOTA MOTOR NORTH AMERICA, INC., a California corporation, and TOYOTA MOTOR CORPORATION, a Japanese corporation, | (2) Violation of New York General Business Law §§ 349, 350, et seq. |
| | (3) Breach of Implied Warranty under New York law |
| | (4) Fraudulent Omission |
| Defendants. | **DEMAND FOR JURY TRIAL** |

1.     Plaintiff Rosalie Quinones, ("Plaintiff") brings this action for herself and on behalf of all persons in the United States ("Class Members") who purchased any 2016 to present Lexus RX 350 ("the RX 350 Vehicles").

2.     Defendants Toyota Motor Sales, U.S.A., Inc., ("TMS,") Toyota Motor North America, Inc. ("TMNA,") and Toyota Motor Corporation ("TMC") (collectively, "Toyota" or "Defendants") designed, manufactured, marketed, distributed, sold, warranted, and/or serviced the RX 350 Vehicles under the Lexus brand. Plaintiff alleges as follows:

## INTRODUCTION

3.     This is a consumer class action concerning a failure to disclose material facts and a safety concern to consumers.

4.     Defendants manufactured, marketed, distributed, and sold the RX 350 Vehicles without disclosing that the RX 350 Vehicles' transmissions were defective.

5.     In around 2015, Toyota introduced an eight-speed transmission designated by Toyota generally as the U881 (the "Toyota 8-Speed ECT Transmission" or "Transmission").

6.     The RX 350 Vehicles are equipped with the Toyota 8-Speed ECT Transmission, which, on information and belief, is designated by the Lexus-specific model number U881E/F. Plaintiff is informed and believes, and based thereon alleges, that the RX 350 Vehicles' Toyota 8-Speed ECT Transmission is defective in its design and/or manufacture in that, among other problems, it causes harsh or delayed shifting and engagement, delayed acceleration, hesitation, jerking, unintended acceleration, lurching, excessive revving before upshifting (also known as excessively high RPM shift points), and lack of power when needed (such as from a stop) (the "8-Speed Transmission Defect").

THIRD AMENDED CLASS ACTION COMPLAINT

7.     The 8-Speed Transmission Defect is inherent in each RX 350 Vehicle and was present at the time of sale.

8.     In 2015, Toyota began utilizing the Toyota 8-Speed ECT Transmission, derived from a design by Aisin AW, a third-party transmission manufacturer. On information and belief, in response to heightened consumer demand and governmental pressure to reach unprecedented miles-per-gallon ratings, Toyota chose to equip the RX 350 Vehicles with an 8-speed transmission. Unfortunately, in practice, the new transmission exhibits harsh and delayed shifting, delayed and unpredictable acceleration, jerking forward, lack of power, and other symptoms listed *supra*.

9.     Although Defendants were sufficiently aware of the 8-Speed Transmission Defect from pre-production testing, design failure mode analysis, calls to the customer service hotline, and customer complaints made to dealers, this knowledge and information was exclusively in the possession of Defendants and their network of dealers and, therefore, unavailable to consumers.

10.    Despite access to aggregate internal data, Defendants have actively concealed the existence of the defect.

11.    The 8-Speed Transmission Defect is material because it poses a serious safety concern. For example, delayed acceleration, unpredictable engagement and shifting, jerking, lurching, unintended acceleration, excessive revving, and lack of power severely affect the driver's ability to control the car's speed, acceleration, and deceleration, and can make it difficult to safely operate the vehicle, including safely drive on a highway, merge into traffic or to turn left across incoming traffic.

12.     For example, as one RX 350 Vehicle owner reported on ClubLexus.com in December 2016 (spelling/grammar mistakes corrected):

> "**It really is dangerous**, just that second of hesitation of bucking on hard acceleration can really get you in trouble. This is obvious issue. I don't understand how there isn't a fix yet, and it is also in 2017, had one for a loaner and it did same exact issues. Let's hope they come up with flash for software soon..." [emphasis added].[1]

13.     Another RX 350 Vehicle owner reported:

> "**To be honest I almost got get [hit] 3 times over the past 10 day** when I started from a complete stop to cross over 2 lanes of traffic for a turn. **When I pressed the pedal nothing happened**, meaning no engagement with the transmission so I floored it and the engine red-lined (to mu surprised) and the car finally engagement and took off."[2]

14.     Had Defendants disclosed the 8-Speed Transmission Defect, Plaintiff and Class Members would not have purchased or leased the RX 350 Vehicles or would have paid less for them.

## THE PARTIES

**Plaintiff Rosalie Quinones**

15.     Plaintiff Rosalie Quinones is a New York citizen who resides in Briarwood, New York.

16.     On or around March 8, 2019, Plaintiff Quinones leased a new 2019 Lexus RX 350 from Lexus of Queens, an authorized Lexus dealer in Long Island City, New York.

17.     Plaintiff Quinones leased her vehicle for personal, family, or household use.

---

[1] Available at https://www.clublexus.com/forums/rx-4th-gen-2016-present/808183-hesitation-problem-at-various-speeds-tsb-info-post-159-a-9.html (Accessed May 18, 2020).

[2] *Id.*

18.     Passenger safety and reliability were important factors in Plaintiff Quinones' decision to lease her vehicle. Before entering into her lease, Plaintiff Quinones reviewed the vehicle's Monroney sticker (a.k.a. window sticker) and also reviewed brochures authored by Defendants regarding her vehicle. Plaintiff Quinones believed that the RX 350 would be a safe and reliable vehicle.

19.     Toyota's omissions were material to Plaintiff Quinones. Had Toyota disclosed its knowledge of the 8-Speed Transmission Defect before Ms. Quinones leased her RX 350, Plaintiff Quinones would have seen and been aware of the disclosures. Furthermore, had she known of the 8-Speed Transmission Defect, Plaintiff Quinones would not have leased her vehicle or would have paid less for it.

20.     Since the beginning of her lease, Ms. Quinones' vehicle has exhibited pulling, lurching and jerking on acceleration and sudden unintended acceleration without pressing the gas. The vehicle also jerks when shifting from park to drive.

21.     On or around August 8, 2019, with approximately 2,728 miles on the odometer, Ms. Quinones brought her vehicle back to Lexus of Queens, reporting, as recorded on her repair order, that her vehicle "jumps into gear when doing local speeds 35-40mph" and "lurches forward without pressing gas." The dealership evaluated Plaintiff's complaints, and in response, it applied Technical Service Bulletin L-SB-00032-19, ("Vehicle Bucking on 1-2 and/or 2-3 Unshifts and Surge Between 0 – 46 mph). In the TSB, Toyota directed its dealerships to reprogram the Powertrain Control Module's ("PCM") software for vehicles that are exhibiting "a bucking feeling (back and forth jerking that comes right after a shift but then dissipates quickly after 1 – 2 and/or 2 – 3 unshifts" and/or "A surge feeling (back and forth rocking that is not associated with transmission shifts) when the vehicle is traveling between 0 – 46 mph, transmission is in 3rd – 8th

gear, and torque converter is in full lock-up." The dealership determined that this TSB was applicable to Plaintiff—who for herself described the symptoms as "jumping into gear when doing local speeds 35-40mph" and "lurches forward without pressing gas" and thus the dealership performed the PCM software updates prescribed by Toyota in the TSB.

22.   Following the dealership visit, Plaintiff Quinones' vehicle has continued to exhibit the 8-Speed Transmission Defect including pulling, lurching and jerking on acceleration and sudden unintended acceleration without pressing the gas.

23.   At all times, Plaintiff Quinones, like all Class Members, has driven her vehicle in a foreseeable manner in the sense that Ms. Quinones has not abused her vehicle or used it for purposes unintended by Toyota such as drag racing, for example. However, despite this normal and foreseeable driving, the 8-Speed Transmission Defect has rendered her vehicle unsafe and unfit to be used as intended.

**Defendants**

24.   Defendant Toyota Motor Sales, U.S.A., Inc.("TMS"), is a corporation organized and in existence under the laws of the State of California and registered to do business in the State of California. TMS is headquartered at 6565 Headquarters Dr, Plano, TX 75024. TMS designs and manufactures motor vehicles, parts, and other products for sale in California, in the United States, and throughout the world. TMS is the warrantor and distributor of the RX 350 Vehicles in California.

25.   Defendant Toyota Motor North America, Inc. ("TMNA"), is a corporation organized and in existence under the laws of the State of California and registered to do business in the State of California. TMNA is headquartered at 6565 Headquarters Dr, Plano, TX 75024. According to Toyota's official

1  website, TMNA "brings together Toyota's marketing, sales, engineering and
2  manufacturing arms in North America on one shared, state-of-the-art campus."

3       26.    Founded in 1937 and headquartered in Toyota City, Japan,
4  Defendant Toyota Motor Corporation ("TMC") is a corporation organized under
5  the laws of Japan. TMC manufacturers and distributes automobiles and is the
6  parent company.

7       27.    Defendants, through their various entities, design, manufacture,
8  market, distribute, service, repair, sell, and lease passenger vehicles, including
9  the RX 350 Vehicles, nationwide and in California and New York.

10       28.    At all relevant times, Defendants were and are engaged in the
11  business of designing, manufacturing, constructing, assembling, marketing,
12  distributing, and selling automobiles and motor vehicle components in Riverside
13  County and throughout the United States of America.

14  **JURISDICTION**

15       29.    This is a class action.

16       30.    Members of the proposed Class, which includes citizens of New
17  York, are citizens of states other than Texas, where TMS and TMNA are
18  headquartered, and California, where TMS and TMNA are incorporated.

19       31.    On information and belief, aggregate claims of individual Class
20  Members exceed $5,000,000.00 in value, exclusive of interest and costs.

21       32.    Accordingly, jurisdiction is proper in this Court pursuant to 28
22  U.S.C. § 1332(d).

23  **VENUE**

24       33.    Toyota, through its business of distributing, selling, and leasing the
25  RX 350 Vehicles, has established sufficient contacts in this district such that
26  personal jurisdiction is appropriate. Toyota is deemed to reside in this district
27  pursuant to 28 U.S.C. § 1391(a).

28

# FACTUAL ALLEGATIONS

34.     Since 2016, Toyota has designed, manufactured, distributed, sold, and leased the RX 350 Vehicles. Toyota has sold, directly or indirectly, through dealers and other retail outlets, thousands of RX 350 Vehicles in New York and nationwide. Toyota warrants and services the RX 350 Vehicles through its nationwide network of authorized dealers and service providers.

35.     Plaintiff and Class members are intended third-party beneficiaries of contracts between Toyota and its dealerships; specifically, they are the intended beneficiaries of Toyota's implied warranties. The dealerships are Defendant's agents for sales and repairs. The dealers were not intended to be the ultimate consumers of the RX 350 Vehicles, and the warranty agreements were designed for and intended to benefit the ultimate consumers only.

36.     The RX 350 Vehicles are equipped with Toyota's U881 8-Speed ECT Transmission, a transverse, eight-speed transmission that uses a single axis and only two planetary gears, rather than the typical four.

37.     In 2015, Toyota began utilizing the Toyota 8-Speed ECT Transmission, derived from Aisin AW, a third-party transmission manufacturer.

38.     On information and belief, in response to heightened consumer demand and governmental pressure to reach unprecedented miles-per-gallon ratings, Toyota chose to equip the RX 350 Vehicles with an 8-speed transmission for a compact, transverse application. The Transmission uses a single axis and two planetary gears, rather than the typical four. Unfortunately, in practice, the new transmission exhibits harsh and delayed shifting, delayed and unpredictable and unintended acceleration, jerking, lurching forward, lack of power, and other symptoms listed *supra*.

39.    For years, and since the RX 350 Vehicles were first released or shortly thereafter, scores of class members have complained of the defect to the National Highway Traffic Safety Administration and elsewhere. For example, the RX 350 Vehicle owner below describes the defect well:

> "I think you're describing the worst phenomenon of this transmission. I notice this delay in shifting when rolling through a turn at very low speed, but then needing to suddenly accelerate...you're already in a high gear when you roll through because the car is trying so hard to upshift and save gas, but then the transmission is so delayed in downshifting, you end up pushing the pedal much more than normal, then BOOM, it downshifts multiple gears and you rocket forward but it freaks you out, so you ease up and then the car feels like it's a pogo stick and all your passengers think WTF do you know how to drive? Similar feeling to the herky-jerkiness of someone learning to drive a manual and not modulating the clutch."[3]

40.    The Toyota 8-Speed ECT Transmission is comprised of two planet gear sets. The first set from the input side is a conventional planetary, followed by a Ravigneaux (double) planetary. When this arrangement is used, it creates what is termed a "LePelletier" gear set. Typically, a LePelletier gear set will achieve six forward speeds and one reverse. In the RX 350 Vehicles, the transmission utilizes holds on some of the rotating elements, thus creating a "modified LePelletier" gear set with eight forward speeds.

41.    The 8-Speed Transmission Defect exposes Plaintiff and Class Members to a safety hazard and renders their vehicles unreasonably dangerous, due to the unsafe conditions the Defect causes, including hesitation, delayed and unpredictable and unintended acceleration, jerking and lurching, harsh and delayed engagement, and lack of power.

---

[3] https://www.clublexus.com/forums/rx-4th-gen-2016-present/808183-hesitation-problem-at-various-speeds-tsb-info-post-159-a-28.html#post9876567

42. The 8-Speed Transmission Defect affects the vehicles' safety because, among other reasons, there are situations that require the ability to accelerate rapidly (e.g., merging onto the highway and changing lanes) in which the vehicles' delayed response poses a serious safety risk. In addition, the sudden and unintended burst of acceleration that the transmission causes can further lead to accidents.

43. The RX 350 Vehicles' 8AT Transmission utilizes high fluid pressure to actuate shifts. The pressure is produced by a hydraulic pump regulated by a pressure relief valve. The valve body, in turn, is electronically controlled by the PCM. In order to engage the clutch packs (or band, as applicable) and actuate shifts in response to driver input, the valve body applies pressure by activating solenoids at precise times to open hydraulic valves inside the valve body at varying pressure ramp-up rates. However, improper calibration between the PCM and transmission prevents the valve body from applying appropriately timed pressure, which in turn prevents the various gears' clutch packs (or band, as applicable) from being actuated in time. On information and belief, this causes the symptoms of "shift shock" and delays before engagement of gears, as well as other symptoms of the 8-Speed Transmission Defect.

44. The 8-Speed Transmission Defect alleged is inherent in and the same for all RX 350 Vehicles.

45. The 8-Speed Transmission Defect is material to consumers because it presents a serious safety concern. For example, delayed and unintended acceleration, unpredictable engagement and shifting, jerking, lurching, and lack of power severely affect the driver's ability to control the car's speed, acceleration, and deceleration, and can make it difficult to safely merge into traffic or to turn left across incoming traffic.

46.     Class Member complaints to NHTSA, cited *infra*, demonstrate the unsafe and widespread nature of the 8-Speed Transmission Defect.

**Toyota Had Superior and Exclusive Knowledge of the 8-Speed Transmission Defect**

47.     Toyota had superior and exclusive knowledge of the 8-Speed Transmission Defect and knew or should have known that the defect was not known or reasonably discoverable by Plaintiff and Class Members before they purchased or leased the RX 350 Vehicles.

48.     Plaintiff is informed and believes and based thereon alleges that before Plaintiff leased her RX 350 Vehicle, and since 2016, if not earlier, Toyota knew about the 8-Speed Transmission Defect through sources not available to consumers, including pre-release testing data, early consumer complaints to Toyota and its dealers, testing conducted in response to those complaints, high failure rates and replacement part sales data, and other aggregate data from Toyota dealers about the problem. Publicly available facts set forth *infra* further confirm Toyota's knowledge.

49.     Toyota is experienced in the design and manufacture of consumer vehicles. As an experienced manufacturer, Toyota conducts tests, including pre-sale durability testing, on incoming components, including the Toyota 8-Speed ECT Transmissions, to verify the parts are free from defect and align with Toyota's specifications. Thus, Toyota knew or should have known that the subject Toyota 8-Speed ECT Transmissions were defective and prone to put drivers in a dangerous position due to the inherent risk of the defect.

50.     Additionally, Toyota should have learned of this widespread defect from the sheer number of reports received from dealerships and from customer complaints directly to Toyota. Toyota's customer relations department collects and analyzes field data including, but not limited to, repair requests made at

dealerships, technical reports prepared by engineers who have reviewed vehicles for which warranty coverage is being requested, parts sales reports, and warranty claims data.

51.     Toyota's warranty department similarly analyzes and collects data submitted by its dealerships in order to identify trends in its vehicles. It is Toyota's policy that when a repair is made under warranty the dealership must provide Toyota with detailed documentation of the problem and the fix employed to correct it in order to be reimbursed. Dealerships have an incentive to provide detailed information to Toyota, because they will not be reimbursed for any repairs unless the justification is sufficiently detailed.

52.     Toyota quietly issues notifications to its dealerships – but not consumers – called Technical Service Bulletins ("TSBs.") Through TSBs, Toyota provides directions to its authorized dealerships for how to respond to customer complaints and requests for repairs.

***Toyota's RX 350 Vehicle TSBs***

53.     On February 8, 2017, Toyota issued a TSB regarding the 2016 to 2017 Lexus RX 350. This TSB is attached as Exhibit 1. In the TSB, entitled "ECM Calibration: Hesitation Concerns," No. L-SB-0109-17, Toyota notified its dealerships that the 2016-2017 RX 350 Vehicles were exhibiting "a hesitation in one or more of the following conditions:

- Accelerating from a stop.
- Passing during freeway/city driving.
- Low speed reacceleration."

54.     In the TSB, consistent with Plaintiff's description of the 8-Speed Transmission Defect, Toyota advises dealerships that the "Engine Control Module (ECM, SAE term: Powertrain Control Module/PCM) calibration has been revised to address these conditions."  As noted in the TSB, Toyota uses the

1   terms Powertrain Control Module and Engine Control Module interchangeably.

2       55.    On February 8, 2019, Toyota issued a TSB regarding the 2019

3   Lexus RX350 entitled "Harsh Engagement Into Drive." This TSB, numbered L-

4   SB-0005-19, is attached as Exhibit 2. In the TSB, Toyota informed its

5   dealerships that the 2019 RX 350 vehicles were exhibiting "harsh engagement

6   when shifting into drive" and that the vehicles' computers were indicating

7   "Pressure Control Solenoid "A" Actuator Stuck off." Consumers often describe

8   harsh engagement when shifting into gear as "jerking" or "jerking into gear." In

9   response, Toyota directed its dealerships to update the vehicles' Powertrain

10  Control Module software, which Toyota had again modified to address the 8-

11  Speed Transmission Defect.

12      56.    On July 2, 2019, Toyota issued a TSB to its dealerships specific to

13  the 2016-2019 Lexus RX 350. The TSB, which is attached as Exhibit 3, was

14  entitled "Vehicle Bucking on 1 – 2 and/or 2-3 Upshifts and Surge Between 0 –

15  46 mph." In the TSB, Toyota notified its dealerships that the 2016-2019 RX 350

16  vehicles were exhibiting "one or both of the following conditions:

17          •  A bucking feeling (back and forth jerking that comes right after a

18             shift but then dissipates quickly after 1-2 and/or 2-3 upshifts)

19          •  A surge feeling (back and forth rocking that is not associated with

20             transmission shifts) when the vehicle is traveling between 0 – 46

21             mph, transmission is in 3rd – 8th gear, and torque converter is in full

22             lock-up."

23

24

25

26

27  ///

28

THIRD AMENDED CLASS ACTION COMPLAINT

57.     On information and belief, theses TSBs have been ineffective. For example, RX 350 Vehicle owners discussing TSB L-SB-0109-17 online complained of its inefficacy. Below is an example of such a complaint, and others appear *infra* (spelling / grammar errors corrected):

> "Doesn't hurt to try the TSB, but it has also NOT worked for some, including me. I've had it applied correctly, and it's not a permanent fix. I consider the TSB a failure."[4]

58.     In response, Toyota directed its dealerships to update the Powertrain Control Module software, which Toyota had again modified to address the 8-Speed Transmission Defect.

***TSBs for Other Non-RX 350 Vehicles Equipped with the 8-Speed Transmission***

59.     The TSBs listed *supra*, all of which are specific to the Lexus RX 350 Vehicles, demonstrate and establish Toyota's pre-sale knowledge of the Defect. As a supplement and for further context, Plaintiff also lists below the TSBs that Toyota issued for *other* Toyota-made vehicles equipped with a similar transmission (the "Direct Shift 8AT Transmission") that, as with the U881 Transmission equipped in the RX 350 Vehicles, is an 8-Speed, transverse, electronically controlled transmission that uses Ravigneaux planetary gear sets. These TSBs further indicate that Toyota was aware of the problem inherent in its 8-Speed transmissions:

60.     On February 20, 2017, Toyota issued T-SB-0187-17, titled "High RPM Shift Point" that applied to the 2017 Sienna. This TSB stated that "Some 2017 model year Sienna vehicles may exhibit the following conditions: • Lack of power from stop • High RPM shift points at 2 – 3 shift • Hesitation in lower

---

[4] https://www.clublexus.com/forums/rx-4th-gen-2016-present/808183-hesitation-problem-at-various-speeds-tsb-info-post-159-a-28.html#post9877542

gears • Holds gear too long." This TSB called for a software update to modify the PCM logic for the Sienna. This TSB was not issued as part of a formal recall or service campaign.

61. On March 2, 2017, Toyota issued T-SB-0194-17, titled "Lack of Power/High RPM Shift Point/Hesitation" that applied to the 2017 Highlander. This TSB stated that "Some 2017 model year Highlander vehicles may exhibit the following conditions: • Lack of power. • High RPM shift point at the 2 – 3 shift. • Hesitation in low gears." This TSB called for a software update to modify the PCM logic for the Highlander. This TSB was not issued as part of a formal recall or service campaign.

62. On December 11, 2017, Toyota issued TSB 0330-17, "SHIFT SHOCK ON INITIAL STARTUP OR REACCELERATION." Toyota issued this TSB to address customer complaints regarding the Direct Shift 8AT Transmission. The TSB provided that "some 2018 model year Camry vehicles may exhibit a shift shock from Park to Reverse on initial startup or delay/shock when reaccelerating quickly after slowing down to a stop or near stop. The Engine Control Module (ECM) (SAE term: Powertrain Module [PCM]) logic has been updated to address this condition." This TSB was not issued as part of a formal recall or service campaign.

63. On January 8, 2018, Toyota issued TSB 00001-18. Toyota issued this TSB to address concerns of "harsh shift or shift flare" after transmission replacements due to a software mismatch.

64. On February 2, 2018, Toyota released T-SB-0010-18 that address concerns of "harsh shift or shift flare" after transmission replacements in 2018 Camrys due to a software mismatch and acknowledges that mismatched Engine Control Module (ECM), also called the Power Control Module (PCM), software and transaxle assembly combinations may result in a harsh shift or shift flare.

While this TSB purports to provide a method for correctly matching the PCM calibration and transaxle, on information and belief there are no PCMs for the RX 350 Vehicles that are correctly calibrated for the RX 350 Vehicles' transaxle assemblies. This TSB was also not issued as part of a formal recall or service campaign.

65.    On December 17, 2018, Toyota issued TSB 0160-18, "Transaxle Whine Noise, Harsh Shift, MIL ON, or Reduced Power" that applied to the 2017-2018 Toyota Highlander and Toyota Sienna. Toyota issued this TSB in response to those vehicles exhibiting a harsh shift, reduced power, a whine noise while driving, and a malfunction indicator lamp illuminating. In this TSB, Toyota directed its authorized dealerships to replace the transmissions with a "remanufactured" transmission where applicable. This TSB was not issued as part of a formal recall or service campaign.

66.    On April 18, 2019, Toyota issued "Customer Support Program ZJC" as part of Toyota's "continuing efforts to ensure the best in customer satisfaction." Under the Program, Toyota agreed to provide additional warranty coverage for the transmission on 2017-2018 Model Year Toyota Sienna and Highlander vehicles for damage caused by an insufficiently bent washer tab within the transmission. Toyota acknowledged that it "has received reports about potential symptoms, such as a whine noise from the transmission while driving, harsh shifting, reduced power, and master warning light/check engine light illumination…."

67.    On information and belief, neither the TSBs nor the Customer Support Program resolved the 8-Speed Transmission Defect in either the Toyota 8-Speed ECT Transmission, model U881, or the Direct Shift 8AT Transmission.

68.    In addition, Toyota monitors customers' complaints made to the National Highway Traffic Safety Administration ("NHTSA.") Federal law

requires automakers like Toyota to be in close contact with NHTSA regarding potential auto defects, including imposing a legal requirement (backed by criminal penalties) compelling the confidential disclosure of defects and related data by automakers to NHTSA, including field reports, customer complaints, and warranty data. *See TREAD Act,* Pub. L. No. 106-414, 114 Stat.1800 (2000).

69.     Automakers have a legal obligation to identify and report emerging safety-related defects to NHTSA under the Early Warning Report requirements. *Id.* Similarly, automakers monitor NHTSA databases for consumer complaints regarding their automobiles as part of their ongoing obligation to identify potential defects in their vehicles, including safety-related defects. *Id.* Thus, Toyota knew or should have known of the many complaints about the 8-Speed Transmission Defect logged by NHTSA Office of Defect Investigation (ODI), and the content, consistency, and large number of those complaints alerted, or should have alerted, Toyota to the 8-Speed Transmission Defect.

70.     The following are some examples of the complaints that owners and lessees of the RX 350 Vehicles have made to NHTSA concerning the 8-Speed Transmission Defect:

a.  **DATE OF INCIDENT:**    May 5, 2016
    **DATE COMPLAINT FILED:**    May 18, 2018
    **NHTSA/ODI ID:**    11096764
    **SUMMARY:** THE TRANSMISSION HAS THREE SETTINGS. IN ANY OF THEM, START UP OFTEN RESULTS IN ERRATIC SHIFTING, ROUGH ACCELERATION AND SOMETIMES ABRUPT LURCHING FORWARD. THIS HAS RESULTED IN ALARMING SHIFTING AND ACCELERATION. THE SHIFTING FROM ONE GEAR TO THE NEXR IS NOT SMOOTH NOR CONTRIBUTES TO SAFE START-UP IN MY OPINION - AND I AM OVER 80 AND HAVE DRIVEN MANY CARS AND TRUCKS - WORST SHIFTING IN MY EXPERIENCE AND IS DANGEROUS. DEALER SAYS IS NORMAL.

1

2

3

4

5

6

7

8

9

    b. **DATE OF INCIDENT:**   April 22, 2016
       **DATE COMPLAINT FILED:**   April 23, 2016
       **NHTSA/ODI ID:**   10861106
       **SUMMARY:** BRAND NEW CAR. ON FREEWAY MIDDLE LANE IN RUSH HOUR AND LOST THROTTLE. LUCKILYI ABLE TO GET OFF FREEWAY AND CALLED TOW TRUCK AND WENT TO DEALER. TOLD IT IS THROTTLE. 2 MONTH OLD CAR AND 1500 MILES. I AM SCARED IT SUDDENLY STOPPED WORKING AND AM GLAD I DID NOT MEET AN ACCIDENT BUT SCARED ABOUT THIS ESPECIALLY AS NEW CAR. THIS IS SAFETY HAZARD. CAR ERRORS ON PANEL WHEN IT FAILED SAID; ENGINE, THROTTLE, TRANSMISSION, AWD AND SAFETY ERROR

10

11

12

13

14

15

16

17

18

19

20

    c. **DATE OF INCIDENT:**   September 10, 2016
       **DATE COMPLAINT FILED:**   May 31, 2018
       **NHTSA/ODI ID:**   11099067
       **SUMMARY:** TL* THE CONTACT OWNS A 2016 LEXUS RX350. WHILE DRIVING VARIOUS SPEEDS, THE VEHICLE JERKED WITHOUT WARNING. THE VEHICLE WAS TAKEN TO LEXUS OF LAS VEGAS (6600 W. SAHARA AVE, LAS VEGAS, NV, 702-942-6600), BUT THE TECHNICIAN WAS UNABLE TO DUPLICATE THE FAILURE. THE FAILURE RECURRED AND THE VEHICLE WAS TAKEN BACK TO THE SAME DEALER. THE MANUFACTURER WAS MADE AWARE OF THE FAILURES AND REFERENCED TSB NUMBER: L-SB-0109-17 TO THE DEALER. THE TECHNICIAN RESETTLED THE TRANSMISSION ACCORDING TO THE TSB INSTRUCTIONS. THE VEHICLE WAS REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 500.

21

22

23

24

25

26

27

    d. **DATE OF INCIDENT:**   November 26, 2016
       **DATE COMPLAINT FILED:**   December 2, 2016
       **NHTSA/ODI ID:**   10929600
       **SUMMARY:** I WAS AT A STOP LIGHT THE CAR ALL OF A SUDDEN WOULD NO LONGER ACCELERATE YET THE CAR WAS IN DRIVE. I TOOK IT TO THE DEALERSHIP AND THEY CAN NOT REPLICATE AND SO I AM STILL DRIVING THE VEHICLE. HOPING IT WILL NOT HAPPEN WHILE DRIVING. *TR

28

THIRD AMENDED CLASS ACTION COMPLAINT

e. **DATE OF INCIDENT:**     February 1, 2017
   **DATE COMPLAINT FILED:**     October 13, 2017
   **NHTSA/ODI ID:**     11033309
   **SUMMARY:** FAULTY ACCELERATION OCCURS WHEN
   TAKING OFF FROM A STOP. AROUND 2.5 RPM, A LOUD
   GRINDING NOISE OCCURS AS WELL AS A STALL / LAG IN
   THE ACCELERATION OF VEHICLE. DANGEROUS WHEN
   ACCELERATING FROM A STOP LIGHT AND PULLING INTO
   INTERSECTION, VEHICLE STALLS AND THEN SOMETIMES
   SURGES FORWARD. COMPLAINED TO DEALER SINCE DAY 1
   OF PURCHASE. IT SEEMS TO BE GETTING WORSE AND
   WORSE. I HAVE CONTINUALLY BEEN TOLD THAT LEXUS
   HAS NOT DEVELOPED A SOLUTION AS OF YET. SO NO
   SOLUTION....THIS IS A $60K VEHICLE AND IT IS VERY
   DANGEROUS WHEN TRAVELING BETWEEN 0 AND 35ISH.

f. **DATE OF INCIDENT:**     February 6, 2017
   **DATE COMPLAINT FILED:**     March 19, 2017
   **NHTSA/ODI ID:**     11152280
   **SUMMARY:** WHEN I TRY TO ACCELERATE FROM A STOP, A
   LOUD GROAN CAN BE HEARD FROM SOMEWHERE IN THE
   POWERTRAIN. THERE IS ALSO A VIBRATION WHICH
   APPEARS TO BE COMING FROM THE TRANSMISSION AREA
   OF THE VEHICLE. IN ADDITION, WHEN TRAVELLING AT
   HIGHWAYS SPEEDS, DURING THE ACCELERATION
   PROCESS, A DELAY OCCURS FROM THE TIME I STEP ON THE
   GAS PEDDLE UNTIL THE VEHICLE ACCELERATES. THE
   HESITATION IS APPROXIMATELY 1-2 SECONDS.

g. **DATE OF INCIDENT:**     March 31, 2017
   **DATE COMPLAINT FILED:**     February 2, 2018
   **NHTSA/ODI ID:**     11066648
   **SUMMARY:** CAR IS UNSAFE AS YOU NEVER KNOW HOW IT
   WILL REACT WHEN YOU PRESS THE GAS PEDAL. OFTEN
   TIMES YOU PRESS IT TO ACCELERATE A LITTLE AND IT'S
   LIKE YOU LET OFF THE GAS ENTIRELY. YOU THEN HAVE
   TO AGGRESSIVELY PRESS THE PEDAL DOWN TO WHICH IT
   REACTS WILDLY. SOMETIMES YOU BARELY TOUCH THE
   PEDAL AND IT TAKES OFF BUT MOST TIMES YOU GET
   LITTLE TO NO RESPONSE. ACCELERATION DOES NOT
   REACT LINEAR IN CONJUNCTION WITH THE GAS PEDAL.

THIS ISSUE ONLY EXISTS AS THE CAR LEARNS YOUR DRIVING. CAR DRIVES FINE WHEN THIS LEARNING IS CLEARED FROM COMPUTER MEMORY. LEXUS SAYS THIS IS NORMAL BUT HOW CAN ROLLING OUT INTO TRAFFIC AND WAITING TO GET HIT BE NORMAL? THEY WON'T RELEASE OR UPDATE THE PROGRAMMING BECAUSE THIS WOULD THEN AFFECT THE MPG NUMBER THEY ARE CLAIMING. TO BE CLEAR, GENTLY START TO PULL OUT TO MERGE INTO TRAFFIC, PRESS GAS PEDAL TO GET OUT OF THE WAY OF CARS COMING AT YOU AND NO REACTION FROM CAR. BIG DEAD SPOT IN THE PEDAL RANGE . NOW CARS ARE CLOSING IN SO YOU HAVE TO STOMP THE GAS TO SAVE YOURSELF. HAPPENS CONTINUOUS ONCE CAR LEARNS YOUR DRIVING. THIS IS ALL IN THE NORMAL MODE DEFAULT SETTINGS FOR POWERTRAIN. [emphasis added]

h. **DATE OF INCIDENT:**    March 31, 2017
   **DATE COMPLAINT FILED:**    February 20, 2018
   **NHTSA/ODI ID:**    11073880
   **SUMMARY:** PURCHASED NEW CAR MARCH, 2017. FAULTY ACCELERATION OCCURS FROM START TO 40MPH. THIS HAPPENS ON SIDE STREETS AND INTERSTATES. DOES NOT MATTER WHERE YOU ARE DRIVING. RAIN OR SHINE, THIS IS A DAILY OCCURANCE. WENT TO LEXUS IN CHARLOTTE, N.C. FOR THE 5TH TIME REGARDING THIS PROBLEM. MY 10,000 MILE INSPECTION WAS DUE AND THEY SAID THAT IT IS A SOFTWARE PROBLEM AND NOT SURE WHEN IT WILL BE FIXED. DID NOT OFFER ANY OTHER SUGGESTIONS. I STARTED TO SEE LEXUS REGARDING THIS PROBLEM AFTER 1 MONTH OF OWNING CAR. WORRIED ABOUT MY SAFETY AND MY PASSENGERS REGARDING THIS ISSUE WITH THE ACCELERATION. LACK OF RESPONSE FROM LEXUS IS VERY DISAPPOINTING ESPECIALLY THE AMOUNT OF MONEY I SPENT ON MY CAR.

i. **DATE OF INCIDENT:**    August 23, 2017
   **DATE COMPLAINT FILED:**    March 15, 2018
   **NHTSA/ODI ID:**    11079521
   **SUMMARY:** FROM THE FIRST WEEK I PURCHASED THIS NEW 2017 LEXUS RX350, I NOTICED THAT RAPID ACCELERATION IS NOT POSSIBLE. THERE IS A

MOMENTARY HESITATION AFTER DEEPLY AND RAPIDLY DEPRESSING THE ACCELERATOR. THIS IS MOSTLY NOTICED WHEN AGGRESSIVELY PULLING INTO A TRAFFIC LANE SAY, FROM A SIDE STREET OR PARKING LOT, OR WHEN ATTEMPTING TO PASS ANOTHER VEHICLE. WHEN THE ACCELERATOR IS RAPIDLY PRESSED TO THE FLOOR, THE RPM'S NEARLY RED-LINES BUT THE VEHICLE DOESN'T ACCELERATE FOR NEARLY A SECOND, WHICH SEEMS A DANGEROUSLY LONG TIME WHEN YOU'RE IN TRAFFIC.

THIS IS NOT ONLY AGGRAVATING, SEEING I PAID SO MUCH FOR WHAT IS ADVERTISED AS AND SUPPOSED TO BE A HIGHLY RATED CAR BUT IS DANGEROUS THIS CAR CAN NOT ACCELERATE AS RAPIDLY AS IT SHOULD.

I MADE THE DEALER AWARE OF THE PROBLEM AND HE SAID IT IS A KNOWN ISSUE WITH SOME OF THE CARS AND IT IS FIXABLE BUT CAN'T UNTIL IT IS APPROVED BY SOME GOVERNMENT AGENCY.

THE CAR IS LESS THAN 6 MONTHS OLD WITH LESS THAN 6,000 MILES AND I FEEL IT IS NOT SAFE AND DON'T WANT IT ANYMORE UNLESS IT CAN BE FIXED VERY SOON.

j.  **DATE OF INCIDENT:**    October 27, 2017
    **DATE COMPLAINT FILED:**    May 8, 2018
    **NHTSA/ODI ID:**    11092487
    **SUMMARY:** THE PROBLEM IS IN THE LEARNING ABILITY OF THE EIGHT-SPEED AUTOMATIC ELECTRONICALLY CONTROLLED TRANSMISSION (ECT) IN MY WIFE'S LEXUS 2017 RX 350. IT HAS DELAY OF 2 TO 3 SECOND IN ACCELERATING OCCASIONALLY AFTER A STOP OR WHEN TRYING ACCELERATED IN A NORMAL DRIVE… IT DOES NOT HAPPEN AS EXPECTED.

k.  **DATE OF INCIDENT:**    December 26, 2017
    **DATE COMPLAINT FILED:**    January 4, 2018
    **NHTSA/ODI ID:**    11058545
    **SUMMARY:** TL* THE CONTACT OWNS A 2017 LEXUS RX350. WHILE DRIVING VARIOUS SPEEDS, THE VEHICLE BEGAN TO HESITATE WHILE THE ACCELERATOR PEDAL WAS

DEPRESSED. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TAKEN TO AN UNKNOWN LOCAL DEALER, BUT THE CAUSE OF THE FAILURE COULD NOT BE DETERMINED. THE VEHICLE WAS TAKEN TO ANOTHER DEALER (BELL LEXUS NORTH SCOTTSDALE, 18555 N. SCOTTSDALE, SCOTTSDALE, AZ 85255) WHERE IT WAS DIAGNOSED THAT THE COMPUTER SOFTWARE NEEDED TO BE UPDATED. THE CONTACT TOOK THE VEHICLE BACK TO THE UNKNOWN LOCAL DEALER AND WAS INFORMED THAT THE FAILURE COULD NOT BE REPAIRED. THE VEHICLE WAS BEING SERVICED AS A LEMON LAW VEHICLE. THE MANUFACTURER WAS NOTIFIED AND CONFIRMED THE INFORMATION PROVIDED BY THE DEALER. THE FAILURE COULD NOT BE REMEDIED. THE FAILURE MILEAGE WAS APPROXIMATELY 4,500.

l. **DATE OF INCIDENT:**     January 9, 2018
**DATE COMPLAINT FILED:**     January 10, 2018
**NHTSA/ODI ID:**     11061630
**SUMMARY:** AT 1800 MILES, VEHICLE STARTED TO HESITATE WHEN PRESSING ON GAS PEDAL. WHEN ACCELERATING FROM STOP, VEHICLE IS HESITATING AND STUDDERING VERY BADLY. THIS IS AFFECTING ACCELERATING AND CAUSING A SEVERE SAFETY ISSUE WHILE DRIVING. WHILE AT HIGHWAY SPEEDS, VEHICLE CONSTANTLY IS LUNGING HESITATING WHEN TRYING TO MERGE INTO TRAFFIC. THIS HAS ALMOST CAUSED 3 ACCIDENTS AS IN STOP AND GO TRAFFIC, WHEN PRESSING ON GAS TO ACCELERATE, CAR IS SHUDDERING AND NOT FINDING RIGHT GEAR. DO NOT FEEL SAFE IN CAR. FEELS LIKE CAR IS GOING TO STALL OUT !!

m. **DATE OF INCIDENT:**     February 9, 2018
**DATE COMPLAINT FILED:**     February 9, 2018
**NHTSA/ODI ID:**     11071944
**SUMMARY:** THE VEHICLE EXPERIENCES A DANGEROUS ACCELERATION DELAY AT CERTAIN SPEEDS. THIS IS NOT A MINOR DELAY, BUT ONE THAT IS LARGE ENOUGH TO CAUSE AN ACCIDENT. WHEN PULLING ONTO AN INTERSTATE RAMP OR PASSING ANOTHER VEHICLE, THIS PROBLEM BECOMES A HUGE SAFETY CONCERN. YOU

NEVER REALLY KNOW WHEN IT WILL HAPPEN, SO THERE IS NO CONFIDENCE IN THE REACTION OF THE VEHICLE. I CURRENTLY HAVE 2000 MILES ON THIS AND IT HAS BEEN A PROBLEM SINCE DAY ONE. IT SEEMS TO BE GETTING WORSE.

n. **DATE OF INCIDENT:**    May 1, 2018
**DATE COMPLAINT FILED:**    November 18, 2018
**NHTSA/ODI ID:**    11152280
**SUMMARY:** 1. CONSTANT JERKING SENSATION OCCURS BEFORE VEHICLE SHIFTS INTO LOWER GEARS WHILE AT RELATIVELY LOW SPEEDS AND THROTTLE SETTINGS (25-45 MPH, STOP AND GO CITY DRIVING, MAINTAINING SPEED).

2. WHEN MINIMAL INCREASE IN POWER IS NEEDED OR A MILD GRADE IS ENCOUNTERED, ADDITIONAL THROTTLE PRESSURE SEEMS ONLY TO RESULT IN LOSS OF POWER UNTIL THE TRANSMISSIONS SHIFTS INTO SOME LOWER GEAR. THE VEHICLE THEN ACCELERATES TOO RAPIDLY, FOLLOWED BY THE NEED TO REDUCE THROTTLE PRESSURE OR APPLY BRAKES - WHICH IN TURN CAUSES THE TRANSMISSION TO SHIFT BACK TO A HIGHER GEAR. THE SEQUENCE THEN REPEATS ITSELF.

3. NOTE: POOR DRIVABILITY ISSUES ARE REDUCED WHEN THE ENGINE IS COLD. ALSO KEEPING RPM ABOVE 2000 HELPS.

4. DEPENDING ON DRIVING CONDITIONS, THE VEHICLE WILL ACCELERATE WELL WHILE SHIFTING UP THROUGH THE GEARS BUT SEEMS TO LOOSE POWER AS RPM DROPS, FORCING A DOWNSHIFT OR INCREASED THROTTLE POSITION.

5. WHEN UNDER SLIGHT ENGINE LOAD, THE SUSPENSION SEEMS TO AMPLIFY ROAD BUMPS, TO THE EXTENT OF FINDING BUMPS WHERE THERE ARE NONE. THIS CONDITION IS REDUCED WHILE AT IDLE THROTTLE SETTINGS AND COASTING.

6. A RECENT DRIVE THROUGH THE MOUNTAINS PROMPTED ME TO RESORT TO MANUALLY SHIFTING THE TRANSMISSION TO IMPROVE DRIVABILITY BECAUSE OF HILLS AND CURVES.

7. I FREQUENTLY RESORT TO DRIVING IN S4 EXCEPT FOR INTERSTATE DRIVING SO AS TO KEEP RPM ABOVE 2000 TO IMPROVE DRIVABILITY.

8. FREQUENTLY THE ENGINE FEELS TO BE MISSING, RESULTING IN VIBRATION THROUGH STEERING WHEEL AND ACCELERATOR PEDAL.

9. ON FOUR OCCASIONS SINCE OWNERSHIP THE RX HAS SUDDENLY AND EXPECTANTLY ACCELERATED FOR UNKNOWN REASONS, FORCING EMERGENCY BREAKING. THIS IS AN EXTREME SAFETY ISSUE.

10. WHEN USING CRUISE CONTROL (~65 MPH) AND IF THE SET SPEED IS REDUCED A COUPLE OF MPH, THE RPM JUMPS TO 6,000.

11. TRANSMISSION SLOW TO CHOOSE A GEAR WHEN ACCELERATING INTO TRAFFIC.

o.  **DATE OF INCIDENT:**    May 17, 2018
    **DATE COMPLAINT FILED:**    July 11, 2018
    **NHTSA/ODI ID:**    11110843
    **SUMMARY:** THE TRANSMISSION ON THIS VEHICLE IS BAD! THE DEALER KEEPS SAYING IT'S NORMAL IN THE LEARNING PHASE, BUT THERE IS NO WAY ALL OF THIS SPUTTERING AND HESITATION IS NORMAL FOR ANY VEHICLE, LET ALONE A LUXURY ONE. THE TACHOMETER JUMPS, JERKS AND SPUTTERS AS WELL IF YOU WATCH IT…

p.  **DATE OF INCIDENT:**    May 26, 2018
    **DATE COMPLAINT FILED:**    July 31, 2018
    **NHTSA/ODI ID:**    11114970
    **SUMMARY:** THIS CAR EXPERIENCED AN UNINTENDED ACCELERATION AT THE TOP OF MY DRIVEWAY WHILE BEING PUT INTO PARK. THE CAR TOOK OFF AND HIT THE

CENTER POSTS OF THE TWO CAR GARAGE AND ONLY STOPPED BECAUSE IT WAS CAUGHT ON THE SUPPORTS IN THE FOUNDATION.

WE HAD EXPERIENCED THIS SUDDEN UNINTENDED ACCELERATION SEVERAL TIMES DURING THE FIRST YEAR WE OWN THE CAR WHEN WE WERE GETTING ONTO THE HIGHWAY. WE DID REPORT IT WHEN WE BROUGHT THE CAR IN FOR A SERVICE, THEY WERE AWARE OF THE COMPLAINT BUT AT THAT TIME THERE WAS NO REMEDY FOR THE COMPUTER SLASH TRANSMISSION ISSUE. I WAS PARKING THE CAR AT THE TOP OF THE DRIVEWAY, MY FOOT WAS GOING ON TO THE BREAK AND THE CAR UNINTENTIONALLY ACCELERATED AND FLEW THROUGH THE AIR INTO THE CENTER POST OF A 2 CAR GARAGE. I LUCKILY WAS NOT PHYSICALLY INJURED BUT WAS EMOTIONALLY DISTRAUGHT. IT TOOK DOWN BOTH GARAGE DOORS AND THE CENTER PILLAR ALL OF WHICH HAD TO BE REBUILT AND REPLACED.

q. **DATE OF INCIDENT:**     June 2, 2018
   **DATE COMPLAINT FILED:**     June 7, 2018
   **NHTSA/ODI ID:**     11100367
   **SUMMARY:** VEHICLE SOMETIMES WILL VIOLENTLY SURGE FORWARD WHEN TAKING OFF. THE RESPONSE OF THE ACCELERATOR IS VERY INCONSISTENT. SOMETIMES, YOU CAN HARDLY GET THE VEHICLE TO GO, AND OTHER TIMES IT WILL JUST EXPLODE FORWARD WITH JUST THE SMALLEST AMOUNT OF PRESSURE APPLIED TO THE PEDAL.THIS CAUSED ME TO RUN INTO THE DITCH. VERY UNSAFE.

r. **DATE OF INCIDENT:**     June 7, 2018
   **DATE COMPLAINT FILED:**     June 7, 2018
   **NHTSA/ODI ID:**     11100369
   **SUMMARY:** THERE IS A HUGE DELAY IN ACCELERATION. SOMETIMES, WHEN MERGING OR PASSING, THERE IS A VERY NOTICEABLE DEAD SPOT WHERE THE VEHICLE WILL NOT RESPOND WHEN YOU NEED IT TO. THROTTLE RESPONSE ALSO IS OFTEN VERY JERKY AND DIFFICULT TO DRIVE. THIS HAS BEEN A PROBLEM SINCE I BOUGHT IT.

LEXUS SAYS THIS IS NORMAL AND OFFERS NO SOLUTIONS. MANY PEOPLE SEEM TO BE HAVING PROBLEMS WITH THIS VEHICLE, PLEASE MAKE LEXUS ISSUE A RECALL.THIS CAR WAS VERY EXPENSIVE.

s.   **DATE OF INCIDENT:**   July 7, 2018
**DATE COMPLAINT FILED:**   July 7, 2018
**NHTSA/ODI ID:**   11150133
**SUMMARY:**   HESITATION   UPON   ACCELERATION.   THE ENGINE DOES NOT RESPOND IN A LINEAR MANNER WHEN PRESSING THE GAS PEDAL.

t.   **DATE OF INCIDENT:**   July 12, 2018
**DATE COMPLAINT FILED:**   July 17, 2018
**NHTSA/ODI ID:**   11111882
**SUMMARY:** OFTEN TIMES I PRESS THE GAS PEDAL TO ACCELERATE A LITTLE AND IT'S LIKE YOU LET OFF THE GAS ENTIRELY. YOU THEN HAVE TO AGGRESSIVELY PRESS THE   PEDAL   DOWN   TO   WHICH   IT   REACTS   WILDLY. SOMETIMES YOU BARELY TOUCH THE PEDAL AND IT TAKES OFF BUT MOST TIMES YOU GET LITTLE TO NO RESPONSE. ACCELERATION DOES NOT REACT LINEAR IN CONJUNCTION WITH THE GAS PEDAL. A SAFETY ISSUE WHEN YOU TRY AND ENTER INTO TRAFFIC.

u.   **DATE OF INCIDENT:**   March 31, 2019
**DATE COMPLAINT FILED:**   April 1, 2019
**NHTSA/ODI ID:**   11193046
**SUMMARY:** THE CAR ABRUPTLY JERKS FORWARDS OR SLOWS   DOWN   WHEN   SWITCHING   GEARS.   THERE IS A KNOCKING SOUND WHEN YOU ACCELERATE. THE RPM INCREASE TO 6K-7K BEFORE THE NEXT GEAR IS ENGAGED AND THEN CAR ABRUPTLY THRUSTS FORWARD. THE CAR ACCELERATES AND DECELERATES RANDOMLY. THIS CAR CANNOT BE DRIVEN SAFELY IN THIS CONDITION. THE CAR ONLY HAVE 1116 MILES AND IS A 2019 MODEL.

71.     Lexus RX 350 owners also reported the 8-Speed Transmission Defect in online forums (spelling and grammar mistakes corrected):

**Club Lexus Complaints[5]**

a. January 5, 2016: "I am a new member and first time Lexus owner of the 2016 RX 350. I am finding a real hesitation issue with my car. I took it into the dealer and after several days told me it is working as it should?

Am I the only one with this problem? Please let me know if anyone else has it. **I am in conversation with Lexus HQ about this issue**." [emphasis added].

b. January 6, 2016: "I also think this is a transmission issue. It seems like it wants to shift to 2nd or 3rd gar way to early unless you are aggressive with throttle. I find to make a smooth acceleration you have to give a little extra off the line then let up on throttle approaching 3k rpm."

c. "I find it happens at pulling out if I am not fast enough on the gas, when I cruising along with normal traffic and not pushing the gas more than is necessary to pace the traffic. The most recent place I had it was going on the turnpike ramp and while building speed it hesitated quite a                                                                                           bit.

Sounds like many of you think it is the transmission? What can we do to get Lexus to get us a fix? I did notice it was worse in eco mode but still does it regardless of the mod I put it in."

d. January 7, 2016: So you are saying it is most likely a transmission issue, may well be but my Lexus dealer says it is working "as it should"               nothing               to               fix!

If others share this problem with their dealers maybe we can get Lexus to correct this for us?"

---

[5] https://www.clublexus.com/forums/rx-4th-gen-2016-present/808183-hesitation-problem-at-various-speeds-tsb-info-post-159-a.html

e. January 8, 2016: "What I don't understand is when my dealer loaned me a 2015 RX 350 it was powerful, quick and solid acceleration I never had any hesitation. Then I got my 2016 back and it has the hesitation. It seems they need to work the "bugs" out of the 2016."

f. January 11, 2016: "I'm noticing the same problem - hesitation and vibration at lower speed and climbing hills. Feels like when you're driving stick and in a non-optimal gear. Harder to diagnose b/c the display doesn't tell me which gear I'm in.

Eco mode is the worse. Normal mode feels slightly lacking, and Sport mode feels overly aggressive. Would love to hear insights from whoever has their first service appt. We're only at 600 miles, so we're a ways away.

I hope it's something that Lexus can and will easily update with software."

g. January 11, 2016: "I think Lexus, in trying to get great EPA numbers, mapped the tranny to shift way too soon in normal mode. Seems to want to keep the RPM around 1250 which is too low for any kind of acceleration. I am finding myself pushing the shift lever to the left to drop it a couple of gears rather than just push even harder on the gas.

I doubt the Lexus will fix this as their new 8 speed is helping their EPA numbers. It needs to be somewhere between normal and sport, wish that **** was adjustable in between! Accelerating gently is the worst, get a little more aggressive with the gas on starting out helps."

h. February 2, 2016: "…This one is pretty stressful issue for me. One of my experience: It doesn't feel like I'm driving with V6, 3.5L engine. Especially, when I accelerate the pedal at the starting point, rpm goes to around 1500 - 1700 rpm, but the car's response is not as I expect. This is the same at the various speed range. Please tell me, how's your car?"

i. February 7, 2016: "At lower RPMs, under 2000, you can not only feel it but see it on the tach. The RPM will jump up and down about 100-200rpm. Give it more gas and it gets worst until you push the pedal to the point it downshifts. This can be rather disconcerting as the 4RX wants so badly to keep the rpm low.

Going up a hill where you are under 2000 rpm and adding a little gas will do it bad enough that I not only feel it but can see the rpm changing on the tack. This will also be joined by the "howl" from the engine unless you force it to downshift.

I will bring this up to my dealer in a few weeks at the 5K. I have driven many RX loaners and even owned one and never felt this excellent 6 cylinder do this. I have even tried a tank of higher octane with no change in this studder."

j. June 2, 2016: "It should not have anything to do with how many gears a vehicle has. I owned and drove BMW's with 5,6 and 8 speed transmissions. If anything, the 8 speed BMWs are the fastest *and smoothest* accelerating vehicles which I have driven.

I find it shameful that Lexus stores and HQ are giving all of you and I now see myself as well a 'brush off' that the hesitations and mis-shifts during accelerarion are somehow normal and should be acceptable. This combined with the engine 'drone' and vibration complaints which I too started noticing shortly after taking delivery of and leaving the dealer.

What is really sad is how long all of the new 2016 RX complaints have gone on without resolution.

My first and last Lexus..."

k. August 8, 2016: "Bumping this back up so Lexus will take notice. My f sport is way too challenging to drive smooth off the line with throttle inputs that keep the eco light on. Never had this issue with my 3rx. Idle is smooth but light acceleration is very challenging, kind of lumpy feeling. You have to peddle the throttle to get some smoothness. Near impossible to have a smooth take off and light acceleration in this car. As others noted, aggressive starts are butter smooth. Fix this Lexus! One reason we did not get a pilot or mdx was due to their terrible 9 speed. Super disappointed Lexus' 8 needs tuning too. The 5k oil change theory is questionable too...especially because my car is super smooth when accelerating moderate to full throttle."

l. November 8, 2016: "Has anyone noticed during slowdowns into traffic from high speeds I experience transmission clunk going into low gear when drastically slowing down, I also get it if I am going slow and then almost floor it to say merge into another lane it like slams into gear. I remember getting this same low speed clunk in my 2000 GS it would always due.

It doesn't always happen but enough for it to be noticeable and annoying from 60K truck.

Hoping maybe they will come up with some kind of software upgrade."

m. November 8, 2016: "Does your f sport vibrate at 13-1400rpm? I test drive a rx350 last week just to see what people are complaining about. And oh boy, did it vibrates. Especially around the floor. It fells like when I first learn how to drive a manual transmission. It's like going 10mph in firths gear and dropping it to 4th gear instead of 2nd. The whole car vibrate. I can't believe Lexus don't acknowledge this and fix it."

n. November 10, 2016: "Who can we notify at Lexus corporate about this issue? I've noticed this more frequently and feel (pardon my choice of word) retarded when driving. Did the 3RX ever display this symptom?"

o. December 3, 2016: "Brand new owner of 2017 RX350 and first time owner of a Lexus, bought car for my wife. Definitely disappointed with hesitation, unfortunately didn't notice hesitation during test drives. We only have 600 miles on car, I will be talking to service advisor but I'm sure he will say nothing is wrong with car. I'm already disappointed with this purchase. I'm commenting on this post so that people will know same problem exist in 2017 models as well."

p. December 6, 2016: "I also have the hesitation problem. I did not realize it until the dealer gave me a loaner rx for another problem and the loaner was an identical RX 2016 model. The drive home in the loaner was eye-opening. I immediately noticed that the performance of the loaner car was outstanding. It was the way my first RX in 2010 performed. The dealer couldn't fix my 2016. **Lexus corporate told them they know about the problem but do not have a fix yet.** One

will be coming, but they don't know when. I have opened a claim at corporate" [emphasis added].

q. December 8, 2016: "SOME GOOD NEWS! I have a good friend that's a master mechanic at a Lexus dealership. I started *****ing about he the problems I have with my 16' RX350 concerning the Transmission lag problem and also the vibration droning issue. **He said Lexus is aware of the issues and it will be fixed. Lexus plans to tackle the transmission issue first (really soon I'm told)** and then address the vibration problem later on. **There won't be recalls or notices to customers,** but the problems will be fixed when cars are brought in for their services" [emphasis added].

r. December 8, 2016: "Can someone post any more evidence that there is indeed a TSB? If there was, Id imagine someone would have posted something. FWIW, my advisor claims that Lexus does not have learning transmissions like many of the german cars do. Mine hesitates the same it did from day 1 and now im over 10k miles. Sad to hear the 2017 has it too."

s. December 12, 2016: "Same issue as everyone else. First time Lexus owner and am highly disappointed in the ride not being smooth. The car seems so clunky at low speeds when taking it easy on acceleration. The RPMs jump all around and it seems like the transmission has no idea what to do. I took it in to service for both the hesitation and vibration and they said they noticed it but that Lexus did not have a fix for it and there is no estimate on when there will be a resolution. That is just ridiculous....54K for a new car and am already having these kinds of issues."

t. December 15, 2016: "**It really is dangerous**, just that second of hesitation of bucking on hard accerlation can really get you in trouble. This is obvious issue I don't understand how there isn't a fixed yet and it is also in 2017, had one for a loaner and it did same exact issues. Let's hope they come up with flash for software soon..." [emphasis added].

u. January 10, 2017: "we purchased our 2016 RX in July and took it to the dealer in early August . At that time a tech when with me for a drive and confirmed that we had hesitation problem he stated that they had just heard about the issue from Lexus and that a fix was in the

works.. In early September we were told that the fix was being tested and needed to have government approval b4 being released. Most likely the fix would be ready in November.....we are still being told the same thing today two months after November .. can't get anyone interested in resolving the issue.... maybe a software patch is what is needed ....I don't know but I do know that with all the hype about customer satisfaction pitched by Lexus.........it feels a whole lot more like customer abuse .....to me."

v. January 25, 2017: "sad to report that after enjoying smoother throttle response on premium for 5 tanks, things reverted. Sad how we cant get a straight story from Lexus and its dealers...there is a fix, there isn't a fix, there's no problem, Lexus knows and working on a fix, it's coming..."

w. February 13, 2017 "I just had mine done, but honestly I haven't really felt any difference. Still have vibration and drone. While I was there I test drove another RX and it was significantly smoother than mine. So apparently the degree of vibration and drone varies from car to car. Wouldn't expect that from Lexus."

    a. "Did the TSB resolve the hesitation though? I don't think a transmission programming fix would alleviate the vibration and droning."

    b. "Not at all, when I slow down and turn a corner hit the gas it just lugs and drones. I am just so disgusted. Honestly I think it got worse."

x. February 13, 2017: "This is why posting the TSB will be helpful. Many times, a dealer will deny that such a TSB exists or say 'they cannot find it'."

y. February 23, 2017: "I had the TSB done, but it not help my issue at all, in fact it might have made it worse.

I didn't really have hesitation to begin with. My issue is on normal acceleration, the car will shift into 4th or 5th gear and the RPMs will drop way down to 1200, and I get a considerable amount of drone and vibration until I step on the accelerator and it downshifts. This is so annoying, can't believe this is a $55k Lexus. One of the worst vehicles I have owned. I cringe every time I see those Lexus commercials

saying 'experience amazing.' Yeah, I'm amazed someone hasn't driven one of these through a dealership window."

z. March 1, 2017: "I took my 17 F-Sport to the dealer to apply the TSB, but they said that my car does not need one and has the latest software, even though I got it in November of 16. I did ask them for the print-out of TSB, but they only gave me first 3 out of 5 pages. Attached.

BTW, I still have hesitation in the transmission. The service tech that was working with me has same RX and issues with transmission but did not know about TSB."

aa. March 2, 2017: "Does anyone known the new software version NON F-sport for the TCM. I had mine done and could not tell any difference. I wonder if they installed the latest version.

Also, what is the difference that you are feeling. Does it hold the gears out any longer? That's really the issue. My 4th to 5ᵗʰ gear switch is horrible; it just lugs an drones until you step on the gas harder for it to down shift."

bb. January 2, 2017: The lugging and delay to downshift when in higher gears is still there, that's all about MPG, and many new Lexus are conservative like that. I'm looking for off the line changes, not under heavy throttle, just light acceleration is where the original mapping was terrible.

I do wonder about the placebo effect as I'm not as convinced as I was when I got my car back that a lot has changed. I will check with my dealer to see if they applied the TSB correctly.

cc. March 3, 2017: "We took delivery of a 2016 RX350 about a year ago. It has most all of the options. We have had 3 other Lexus vehicles and have been extremely satisfied with them. But this one has drivability issues! Is anyone else having drivability issues with the 2016 RX350? Ours hesitates/stumbles/shutters while accelerating below 40 mph. We understand it is a known problem which Lexus has been unable to fix to date! We have had it into the shop on at least four occasions. **They recently re-programed the system, which has not corrected the problem**" [emphasis added].

dd. March 3, 2017: "Our 2016 RX350 has significant hesitation/stumbling/surging issues during acceleration. **Lexus has just completed a service bulletin which has not corrected the issues**. In addition, when using adoptive cruise control the transmission sometimes does not upshift completely unless cruise is disconnected and reconnected. We are very disappointed" [emphasis added].

ee. March 5, 2017: "It's interesting how some of us felt no difference and others can't believe the difference. I wish I knew what version I had and what was installed. Starting to think they used multiple versions throughout the 2016/17 build. Even after the TSB it still lugs when going from 4th to 5th gear. I just shift manually, its the only way I can tolerate the transmission."

ff. March 13, 2017: "I had mine done on Friday and it was much worse. Saturday I reset the ECU by unplugging the battery, since then it seems better but I wouldn't say great. In sport mode it is much more aggressive. For those in the know, do you think the reprogramming took when I reset the ECU. I am going to drive for a while, but I wonder if it needed to go back to dealer. Is there any way to check to see if it was done correctly?"

gg. March 15, 2017: "Unfortunately, the fix hasn't worked for me. I had it applied correctly according to the dealer but there is no appreciable difference. Disappointed with the crappy off the line acceleration under light throttle."

hh. March 21, 2017: "Don't think the 'TSBs' are treated same as a "Recall" wherein you get a notification of the Recall, not so for TSB???

Dealer service rep was unaware of TSB for 'smoother shifting' when I brought it to his attention."

ii. March 29, 2017: "I'm incredibly disappointed that after wasting so much time with this TSB, Lexus has not delivered. How hard can it be to get this right? I would gladly lose all the MPG gains to have the smooth 6 speed in my 3RX."

jj. March 29, 2017: "You are not alone. This is a huge disappointment.

I have my appointment on Monday, and they are not acknowledging the problem at all. In fact, they are completely denying there is a TSB to fix it. I can see the Canada print out in this thread. Does anybody have the actual proof of the TSB notice so I can show it to them? Thank You."

kk. March 30, 2017: I took my RX to the local dealer last week to get the transmission flashed as part of the TSB fix to address the Hesitation problem at low speeds for my 2017 RX .

However, the update was denied as my VIN did not fall into the range specified in the TSB. Dealer used the same talking points that the vehicle is performing normally, and Lexus tech will be notified about the droning noise during acceleration

Disappointed!!
How can they botch something that is widespread? The acceleration is pathetic until the vehicle reaches 30 mph +

I know two of my friends who bought their RX in the month of Jan and Feb also are facing the same issue. Apparently, this TSB is specific to last 5 of Vin # less than 39500."

ll. Lets all face it, Lexus dropped the ball big time. We certainly did not get Lexus smooth here. I've taken this issue all the way up to the top. Seems to me as long as they're selling, nothing will be done. I've actually received much better service from Chevy and Dodge. Lexus is just selling a name now. I leased my daughter a new Toyota Camry base model. That 4cyl powertrain is so much smoother than my Lexus. There is no hesitation, vibration and drone. That Camry cost less than half the price of my Lexus. What a disappointment this RX is. The only thing I can do at this point is to convince anyone I know who's considering a Lexus is to stay away................."

mm. April 6, 2017: "Trying to get the TSB applied but my dealership says my VIN is not covered but it is according to the paperwork I saw. 2016 F-Sport AWD built in May 2016. They want me to pay a $150 diagnostic fee first no way."

a. "What a rip off. File a complaint with Lexus. They read these forums but won't acknowledge that the TSB hasn't been a success for all affected cars."

b. "Already done, I have a case # and hope to hear from a case specialist by early next week. That was the best the Lexus US consumer relations rep could do for me.

Yeah, I was shocked when heard I would have to pay a $150 fee first. If my VIN falls within the affected range, it should be no questions asked for being less than a year old. Being our first Lexus, this whole situation makes me question returning to their brand in future automobile purchases.

nn. April 8, 2017: "Don't buy a Lexus. We should all form a class action suit."

oo. May 1, 2017: "**I took my vehicle to dealer two months ago, and they say they fixed it, and honestly, driving in ECO scares me, b/c it just doesn't do it's job to get me on the highway safely**. Then, the normal mode is only a bit better, and the only way to drive the vehicle safely is in the sport mode and I don't know if it's good to drive it in sport all the time. I feel like I'm fixing to fly off the highway. Should I do the battery myself?  Is there anything I must do first other than disconnect the negative cables and wait 10 + minutes? Sorry, but I'm almost sorry I bought this vehicle" [emphasis added].

pp. May 21, 2017: "This morning going to work I was on the highway doing approximately 60mph. **I went to pass another vehicle and there was at least a 2 second delay before the downshift happened. That almost turned into to a dangerous situation. The TSB for the transmission was done but still did not correct the issue.**

I absolutely hate this 8-speed transmission and would definitely not buy another" [emphasis added].

qq. May 23, 2017: "I was wondering if anyone have the RX 350 Sport that have the drive mode settings for Eco, Standard/Eco, Sport and Sport+. **To be honest I almost got get [hit] 3 times over the past 10 day when I started from a complete stop to cross over 2 lanes of traffic**

**for a turn. When I pressed the pedal nothing happened, meaning no engagement with the transmission so I floored it and the engine red-lined (to mu surprised) and the car finally engagement and took off.** 3 times something similar to this has happened. I then found myself switching to Sport mode every time I drive.

Has anyone experienced similar events? My personal opinion is I hate the Standard/Eco mode as there is not a smooth transition with the transmission gears. Too much bumps and down shifting just to get the car going. I was at the point yesterday to where I was looking at other cars just trade this in. I find driving the car horrible with the way the transmissions is. I truly hope it's a mechanical issues that can be addressed.

Any feed back would be great.

Thanks"

rr. May 23, 2017: "I think you're describing the worst phenomenon of this transmission. I notice this delay in shifting when rolling through a turn at very low speed, but then needing to suddenly accelerate...you're already in a high gear when you roll through because the car is trying so hard to upshift and save gas, but then the transmission is so delayed in downshifting, you end up pushing the pedal much more than normal, then BOOM, it downshifts multiple gears and you rocket forward but it freaks you out, so you ease up and then the car feels like it's a pogo stick and all your passengers think WTF do you know how to drive? Similar feeling to the herky-jerkiness of someone learning to drive a manual and not modulating the clutch."

ss. May 24, 2017: "Thanks everyone for the input. It's refreshing to see other people with the same or similar issue. I thought it was me and my car. I'll be asking my Lexus dealer when I bring it in next month but I assume the response will be just like some of you have mentioned '..It works the way it's supposed to work...'"

tt. May 24, 2017: "Doesn't hurt to try the TSB, but it has also NOT worked for some, including me. **I've had it applied correctly, and it's not a permanent fix, I consider the TSB a failure**" [emphasis added].

THIRD AMENDED CLASS ACTION COMPLAINT

uu. June 13, 2017: "As I mentioned a couple of months ago, after applying the TSB, the hesitation and droning were pretty much gone. Unfortunately, the hesitation is back. I started noticing it little by little over the last two months since the update. Now, I think it's pretty much back to where it was before the update…."

    a. "Don't know if it's back to where it was, but I do think there is something going on. Last few days it's been weird, hesitates, jumps another time, no gear, all over the map."

**Edumunds.com, 2016 Lexus RX 350 Customer Reviews[6]**

a. January 26, 2016: ": ….[A] a "clunk" on the right side when shifting from Reverse to Drive (mainly), I was told that is in all 2016 models. Really, a "clunking" noise is standard….My biggest disappointment comes with the engine, it is not smooth and quiet.  I also think it accelerates slowly and shifts awkwardly…"

b. February 13, 2016: "I at this moment have my new Lexus RX 350 in the shop.  I have the same complaints as the review dated: 1/26/2016: 'My biggest disappointment comes with the engine, it is not smooth and quiet. I also think it accelerates slowly and shifts awkwardly.'

Update:  3/17/17
It seems Lexus finally found a solution to hestitation and shifting awkwardly.  They reprogrammed the software as per (as noted on their work order) L-SB-0109-17.

I wanted to note this as I believe others are having this same issue, and after bringing it in approximately 5 times, it has finally been solved

Update:  Actually, it is still having a hesitation problem at this time."

c. July 17, 2016: "….The Shifting is rough and the 8 speed Tranny is very Rough ,it seems like it is not sure  sometime between 7 and 8. I think they should remap the Trans. I finally just use manual and use #7 and that stops all the up and back shifting for now."

---

[6] https://www.edmunds.com/lexus/rx-350/2016/consumer-reviews/

d. August 9, 2016: "….The accelerator is not responsive. If you coast and then press on accelerator you have to keep pushing then it kicks down in a lower gear."

e. August 11, 2016: "….The shifts between gears in the new 8 speed automatic are not smooth as expected from Lexus."

f. December 17, 2016: "….Terrible throttle response, you could get killed waiting for it to rev up and downshift through about 6 gears. You have to accelerate with a lead foot or else it upshifts too far, and then has to downshift again."

g. June 6, 2017: "….The transmission which is tuned for gas mileage also does a lot of 'gear hunting' which it's unsure what gear to be in so the transmission is always up shifting and down shifting constantly."

h. June 26, 2017: "The droning noise from the gear is driving me crazy! The car hesitates and vibrates on lower speed…"

i. April 22, 2018: "….[T]he transmission shifts like a manual transmission with a bad clutch."

72.     The existence of the 8-Speed Transmission Defect is a material fact that a reasonable consumer would consider when deciding whether to purchase or lease a RX 350 Vehicle. Had Plaintiff and other Class Members known of the 8-Speed Transmission Defect, they would have paid less for the RX 350 Vehicles or would not have purchased or leased them.

73.     Reasonable consumers, like Plaintiff, reasonably expect that a vehicle's Toyota 8-Speed ECT Transmissions are safe, will function in a manner that will not pose a safety risk, and are free of defects, all of which was not true with respect to the Toyota 8-Speed ECT Transmissions in the RX 350 Vehicles. They also expected that the RX 350 Vehicles would be fit for the ordinary purpose of driving their RX 350 Vehicles with normal and reliable acceleration and deceleration, and without harsh or delayed shifting and engagement, delayed

acceleration, hesitation, jerking, unintended acceleration, lurching, and excessive revving before upshifting which they were not due to the 8-Speed Transmission Defect. Plaintiff and Class Members further reasonably expect that Toyota will not sell or lease vehicles with known safety defects, such as the 8-Speed Transmission Defect, and will disclose any such defects to its consumers when it learns of them. They did not expect Toyota to fail to disclose the 8-Speed Transmission Defect to them and to continually deny it.

**Toyota Has Actively Concealed the 8-Speed Transmission Defect**

74.    Despite its knowledge of the 8-Speed Transmission Defect in the RX 350 Vehicles, Toyota actively concealed the existence and nature of the defect from Plaintiff and Class Members. Specifically, Toyota failed to disclose or actively concealed at and after the time of purchase, lease, or repair:

(a)    any and all known material defects or material nonconformity of the RX 350 Vehicles, including the defects pertaining to the Toyota 8-Speed ECT Transmissions;

(b)    that the RX 350 Vehicles, including the Toyota 8-Speed ECT Transmissions, were unsafe, not in good in working order, were defective, were in need of repair and possibly recalibration or other software mechanisms, and were not fit for their intended purposes; and

(c)    that the RX 350 Vehicles and the Toyota 8-Speed ECT Transmissions were defective, despite the fact that Toyota learned of such defects as early as 2017.

///

**CLASS ACTION ALLEGATIONS**

75.    Plaintiff brings this lawsuit as a class action on behalf of herself and all others similarly situated as members of the proposed Class pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3). This action satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of those provisions.

76.    The Class and Sub-Class are defined as:

> **Class**:  all persons in the United States who purchased any 2016 to present Lexus RX 350 ("the RX 350 Vehicles").

> **New York Sub-Class**:  All persons who purchased any 2016 to present Lexus RX 350 in the State of New York.

77.    Excluded from the Class and Sub-Class are: (1) Defendants, any entity or division in which Defendants has a controlling interest, and their legal representatives, officers, directors, assigns, and successors; (2) the Judge to whom this case is assigned and the Judge's staff; (3) any Judge sitting in the presiding state and/or federal court system who may hear an appeal of any judgment entered; and (4) those persons who have suffered personal injuries as a result of the facts alleged herein. Plaintiff reserves the right to amend the Class and Sub-Class definitions if discovery and further investigation reveal that the Class and Sub-Class should be expanded or otherwise modified.

78.    <u>Numerosity</u>: Although the exact number of Class Members is uncertain and can only be ascertained through appropriate discovery, the number is great enough such that joinder is impracticable. The disposition of the claims of these Class Members in a single action will provide substantial benefits to all parties and to the Court. The Class Members are readily identifiable from information and records in Defendants' possession, custody, or control, as well as from records kept by the Department of Motor Vehicles.

79.    Typicality: Plaintiff's claims are typical of the claims of the Class in that Plaintiff, like all Class Members, purchased or leased a RX 350 Vehicle designed, manufactured, and distributed by Toyota. The representative Plaintiff, like all Class Members, has been damaged by Defendants' misconduct in that they have incurred or will incur the cost of repairing or replacing the defective Transmissions. Furthermore, the factual bases of Toyota's misconduct are common to all Class Members and represent a common thread resulting in injury to the Class.

80.    Commonality: There are numerous questions of law and fact common to Plaintiff and the Class that predominate over any question affecting Class Members individually. These common legal and factual issues include the following:

(a)    Whether RX 350 Vehicles suffer from defects relating to the Toyota 8-Speed ECT Transmissions;

(b)    Whether the defects relating to the Toyota 8-Speed ECT Transmissions constitute an unreasonable safety risk;

(c)    Whether Defendants knows about the defects pertaining to the Toyota 8-Speed ECT Transmissions and, if so, how long Defendants has known of the defect;

(d)    Whether the defective nature of the Toyota 8-Speed ECT Transmissions constitutes a material fact;

(e)    Whether Defendants has a duty to disclose the defective nature of the Toyota 8-Speed ECT Transmissions to Plaintiff and Class Members;

(f)    Whether Defendants knew or reasonably should have known of the defects pertaining to the Toyota 8-Speed ECT Transmissions before they sold and leased RX 350 Vehicles

1    to Class Members;

2    (g)    Whether Defendants should be declared financially

3            responsible for notifying the Class Members of problems with

4            the RX 350 Vehicles and for the costs and expenses of

5            repairing and replacing the defective Toyota 8-Speed ECT

6            Transmissions;

7    (h)    Whether Defendants are obligated to inform Class Members

8            of their right to seek reimbursement for having paid to

9            diagnose, repair, or replace their defective Toyota 8-Speed

10           ECT Transmissions;

11   (i)    Whether Defendants breached the implied warranty of

12           merchantability pursuant to the Magnuson-Moss Warranty

13           Act;

14   (j)    Whether Defendants breached the implied warranty of

15           merchantability under New York law;

16   81.    Adequate Representation: Plaintiff will fairly and adequately protect

17   the interests of the Class Members. Plaintiff has retained attorneys experienced

18   in the prosecution of class actions, including consumer and product defect class

19   actions, and he intends to prosecute this action vigorously.

20   82.    Predominance and Superiority: Plaintiff and Class Members have all

21   suffered and will continue to suffer harm and damages as a result of Defendants'

22   unlawful and wrongful conduct. A class action is superior to other available

23   methods for the fair and efficient adjudication of the controversy. Absent a class

24   action, most Class Members would likely find the cost of litigating their claims

25   prohibitively high and would therefore have no effective remedy. Because of the

26   relatively small size of the individual Class Members' claims, it is likely that

27   only a few Class Members could afford to seek legal redress for Defendants'

28

misconduct. Absent a class action, Class Members will continue to incur damages, and Defendants' misconduct will continue without remedy or relief. Class treatment of common questions of law and fact would also be a superior method to multiple individual actions or piecemeal litigation in that it will conserve the resources of the courts and the litigants and promote consistency and efficiency of adjudication.

**FIRST CAUSE OF ACTION**

**(Breach of Implied Warranty under the Magnuson-Moss Warranty Act, 15 U.S.C. § 2303 *et seq*.)**

83.   Plaintiff incorporates by reference the allegations contained in the preceding sections of the complaint.

84.   Plaintiff brings this cause of action on behalf of herself and the Class, or alternatively, the New York Sub-Class against TMS.

85.   The RX 350 Vehicles are a "consumer product" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(1).

86.   Plaintiff and Class Members are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

87.   TMS is a "supplier" and "warrantor" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(4)-(5).

88.   TMS impliedly warranted that the RX 350 Vehicles were of merchantable quality and fit for use. This implied warranty included, among other things: (i) a warranty that the RX 350 Vehicles and their Toyota 8-Speed ECT Transmissions were manufactured, supplied, distributed, and/or sold by Toyota would provide safe and reliable transportation; and (ii) a warranty that the RX 350 Vehicles and their Toyota 8-Speed ECT Transmissions would be fit for their intended use while the RX 350 Vehicles were being operated.

89.   Contrary to the applicable implied warranties, the RX 350 Vehicles

and their Toyota 8-Speed ECT Transmissions at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiff and Class Members with reliable, durable, and safe transportation. Instead, the RX 350 Vehicles are defective, including the defective design of their Toyota 8-Speed ECT Transmissions.

90.     TMS's breach of implied warranties has deprived Plaintiff and Class Members of the benefit of their bargain.

91.     The amount in controversy of Plaintiff' individual claims meets or exceeds the sum or value of $25,000. In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

92.     TMS has been afforded a reasonable opportunity to cure its breach, including when Plaintiff and Class Members brought their vehicles in for diagnoses and repair of the Toyota 8-Speed ECT Transmissions.

93.     As a direct and proximate cause of TMS's breach of implied warranties, Plaintiff and Class Members sustained and incurred damages and other losses in an amount to be determined at trial. TMS's conduct damaged Plaintiff and Class Members, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, costs, attorneys' fees, and/or other relief as appropriate.

94.     Because of TMS's violations of the Magnuson-Moss Warranty Act as alleged herein, Plaintiff and Class Members have incurred damages.

///

## SECOND CAUSE OF ACTION

## (Violation of New York General Business Law

## §§ 349, 350, et seq.

95.     Plaintiff incorporates by reference the allegations contained in the preceding sections of the complaint.

96.     Plaintiff Rosalie Quinones brings this Count on behalf of herself and members of the Class, or alternatively, the New York Sub-Class.

97.     New York's General Business Law § 349 makes unlawful "[d]eceptive acts or practices in the conduct of any business, trade or commerce."

98.     New York's General Business Law § 350 also makes unlawful "[f]alse advertising in the conduct of any business, trade or commerce[.]"  False advertising includes "advertising, including labeling, of a commodity … if such advertising is misleading in a material respect," taking into account "the extent to which the advertising fails to reveal facts material in the light of … representations [made] with respect to the commodity…."  N.Y. Gen. Bus. Law § 350-a.

99.     Toyota's omissions, as alleged above, were and are material to a reasonable consumer and are likely to affect consumer behavior and conduct.

100.    Toyota's act and practices offended public policy and violate numerous state and federal laws.

101.    Toyota's intentional deception of consumers was immoral, unethical, oppressive, and unscrupulous.

102.    Toyota's conduct has caused and continues to cause substantial injury to Plaintiff Quinones, New York consumers, and others because, as alleged above, consumers paid a premium for RX 350 Vehicles based on omissions about their efficiency, functionality, safety and performance. That

1  injury is not outweighed by any countervailing public policy that could justify

2  Toyota's deceptive practices.

3       103.  Because Plaintiff Quinones and other members of the New York

4  Sub-Class reasonably relied on Defendant's omissions about the Vehicles, they

5  could not have reasonably avoided that injury.

6       104.  Defendant's conduct has not resulted in any benefit to consumers or

7  competition.

8       105.  Defendant's unfair, deceptive practices and false advertising

9  directly, foreseeably, and proximately caused Plaintiff Quinones and other

10 members of the New York Sub-Class an ascertainable loss because those

11 consumers paid a premium for what they thought were efficient, smooth

12 performing, durable, operable, safe vehicles.

13                       **THIRD CAUSE OF ACTION**

14              **(Breach of Implied Warranty (New York))**

15      106.  Plaintiff incorporates by reference the allegations contained in the

16 preceding sections of the complaint.

17      107.  Plaintiff Rosalie Quinones brings this Count on behalf of herself and

18 members of the Class, or alternatively, the New York Sub-Class.

19      108.  Toyota impliedly warranted that the RX 350 Vehicles were

20 merchantable, fit and safe for their ordinary use, not otherwise injurious to

21 consumers, and equipped with adequate safety warnings.

22      109.  Privity of contract is not required in this case, because Plaintiff and

23 Class Members are intended third-party beneficiaries of contracts between TMS

24 and its dealerships; specifically, they are the intended beneficiaries of

25 Defendants' implied warranties. Toyota's vehicles are sold to consumers through

26 a network of TMS's authorized dealerships, who are TMS's agents for sales and

27 repairs. The dealers were not intended to be the ultimate consumers of the RX

28

350 Vehicles, and the warranty agreements were designed for and intended to benefit the ultimate consumers only.

110.   There are thousands of authorized dealerships across the United States. Toyota authorizes these dealerships through contract to sell Toyota vehicles, parts, and accessories and to service and repair Toyota vehicles using Toyota parts. Its automotive sales through those dealerships, for its North American region for the fiscal year ended March 31, 2019, totaled 2,745,047 vehicles. After these dealerships sell cars to consumers, including the Plaintiffs and Class Members, they purchase additional vehicle inventory from Toyota to replace the vehicles sold, increasing Toyota's revenues. Thus, Plaintiffs' and Class Members' purchase of RX 350 Vehicles accrues to the benefit of Toyota by increasing its revenues.

111.   Because the RX 350 Vehicles are equipped with a defective Toyota 8-Speed ECT Transmission, the vehicles purchased or leased and used by Plaintiff Quinones and the New York Sub-Class are unsafe, unfit for their ordinary use when sold, and not merchantable. Toyota breached the implied warranty of merchantability, as stated in the Uniform Commercial Code, by selling or leasing RX 350 Vehicles to Plaintiff Quinones and the New York Sub-Class.

112.   Plaintiff Quinones and the New York Sub-Class seek full compensatory damages allowable by law, attorneys' fees, costs, punitive damages, and any other relief to which Plaintiff Quinones and the New York Sub-Class may be entitled.

///

## FOURTH CAUSE OF ACTION

### (Fraudulent Omission (New York))

113.   Plaintiff incorporates by reference the allegations contained in the preceding sections of the complaint.

114.   Plaintiff brings this cause of action on behalf of herself and the Class, or, in the alternative, the New York Sub-Class.

115.   Toyota knew that the RX 350 Vehicles' transmissions suffered from an inherent defect, were defectively designed and/or manufactured and were not suitable for their intended use.

116.   Toyota concealed from and failed to disclose to Plaintiff and Class Members the defective nature of the RX 350 Vehicles and their transmissions.

117.   Toyota was under a duty to Plaintiff and Class Members to disclose the defective nature of the RX 350 Vehicles' transmissions because:

   a) Toyota was in a superior position to know the true state of facts about the safety defect contained in the RX 350 Vehicles' Transmissions;

   b) Toyota made partial disclosures about the quality of the RX 350 Vehicles without revealing the defective nature of the transmissions; and

   c) Toyota actively concealed the defective nature of the RX 350 Vehicles' transmissions from Plaintiffs and Class Members.

118.   The facts concealed or not disclosed by Toyota to Plaintiff and the other Class Members are material in that a reasonable person would have considered them to be important in deciding whether to purchase or lease Toyota's RX 350 Vehicles or pay a lesser price for them. Had Plaintiff and Class Members known about the defective nature of the RX 350 Vehicles'

transmissions, they would not have purchased or leased the RX 350 Vehicles or would have paid less for them.

119.   Toyota concealed or failed to disclose the true nature of the design and/or manufacturing defects contained in the RX 350 Vehicles' transmissions in order to induce Plaintiff and Class Members to ac thereon. Plaintiff and the other Class Members justifiably relied on Toyota's omissions to their detriment. This detriment is evident from Plaintiff's and Class Members' purchase or lease of Toyota defective RX 350 Vehicles.

120.  Toyota continued to conceal the defective nature of the RX 350 Vehicles' transmissions even after Class Members began to report the problems. Indeed, Toyota continues to cover up and conceal the true nature of the problem today.

121.   As a direct and proximate result of Toyota's misconduct, Plaintiff and Class Members have suffered and will continue to suffer actual damages.

## RELIEF REQUESTED

122.   Plaintiff, on behalf of herself and all others similarly situated, request the Court to enter judgment against Toyota, as follows:

(a)    An order certifying the proposed Class and Sub-class, designating Plaintiff as named representative of the Class, and designating the undersigned as Class Counsel;

(a)    An award to Plaintiff and the Class for compensatory, exemplary, and statutory damages, including interest, in an amount to be proven at trial.

(b)    Any and all remedies provided pursuant to a breach of implied warranty under New York Law;

(c)    Any and all remedies provided pursuant to New York General Business Law sections 349, 350 *et seq.*

| | | |
|---|---|---|
| 1 | (d) | Any and all remedies provided pursuant to the Magnuson- |
| 2 | | Moss Warranty Act; |
| 3 | (e) | An award of attorneys' fees and costs, as allowed by law; |
| 4 | (f) | An award of attorneys' fees and costs pursuant to California |
| 5 | | Code of Civil Procedure § 1021.5; |
| 6 | (g) | An award of pre-judgment and post-judgment interest, as |
| 7 | | provided by law; |
| 8 | (h) | Leave to amend the Complaint to conform to the evidence |
| 9 | | produced at trial; and |
| 10 | (i) | Such other relief as may be appropriate under the |
| 11 | | circumstances. |

**DEMAND FOR JURY TRIAL**

123.   Pursuant to Federal Rule of Civil Procedure 38(b) and Central District of California Local Rule 38-1, Plaintiff demands a trial by jury of all issues in this action so triable.

Dated:  July 10, 2020                   Respectfully submitted,

Capstone Law APC


By: /s/ Cody R. Padgett

Steven R. Weinmann
Tarek H. Zohdy
Cody R. Padgett
Trisha K. Monesi

BERGER MONTAGUE P.C.
Russell D. Paul (*Pro Hac Vice*)
Amey J. Park (*Pro Hac Vice*)
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604
rpaul@bm.net

THIRD AMENDED CLASS ACTION COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
Danielle L. Manning (SBN 313272)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

GREENSTONE LAW APC
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
E-mail: mgreenstone@greenstonelaw.com

Attorneys for Plaintiff

THIRD AMENDED CLASS ACTION COMPLAINT