1  Steven R. Weinmann (SBN 190956)
   Steven.Weinmann@capstonelawyers.com
2  Tarek H. Zohdy (SBN 247775)
   Tarek.Zohdy@capstonelawyers.com
3  Cody R. Padgett (SBN 275553)
   Cody.Padgett@capstonelawyers.com
4  Capstone Law APC
   1875 Century Park East, Suite 1000
5  Los Angeles, California 90067
   Telephone: (310) 556-4811
6  Facsimile: (310) 943-0396

7  *Attorneys for Plaintiff*

8  Attorneys for Plaintiffs
   CHRISTOPHER CHORBA, SBN 216692
9  cchorba@gibsondunn.com
   ALEXANDER N. HARRIS, SBN 278482
10 aharris@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
11 333 South Grand Avenue
   Los Angeles, CA 90071-3197
12 Telephone: 213.229.7000
   Facsimile: 213.229.7520
13
   *Attorneys for Defendants*
14
   [*Additional counsel listed on signature page*]
15

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROSALIE QUINONES, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, TOYOTA MOTOR NORTH AMERICA, INC., a California corporation, and TOYOTA MOTOR CORPORATION, a Japanese corporation,<br><br>Defendants. | Case No. 5:19-cv-01611-VAP-ADS<br><br>**JOINT REPORT RE ESI PROTOCOL AND SELECTION OF MEDIATOR**<br><br>Hon. Virginia A. Phillips |

Pursuant to the Court's direction at the scheduling conference held on February 8, 2021, Plaintiffs Jamie Loo, John Chavez Barahona, Devraj Bhatt and Susan Payne ("Plaintiffs") and Defendants Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America Inc., and Toyota Motor Corporation ("Toyota" or "Defendants") through their respective counsel of record, hereby submit this Joint Report Re ESI Protocol and Selection of Mediator.

Since the Scheduling Conference on February 8, 2021, the parties have exchanged names of potential mediator candidates and a draft of an ESI Protocol. The parties are continuing to meet and confer over these issues and they will update the Court at the appropriate time under the anticipated Scheduling Order.

Dated: February 22, 2021              Respectfully submitted,

                                       CAPSTONE LAW APC


                                       By: */s/ Cody Padgett*

                                            Steven R. Weinmann
                                            Tarek H. Zohdy
                                            Cody R. Padgett

                                       BERGER MONTAGUE P.C.
                                       Russell D. Paul (*Pro Hac Vice*)
                                       Amey J. Park (*Pro Hac Vice*)
                                       1818 Market Street
                                       Suite 3600
                                       Philadelphia, PA 19103
                                       Tel: (215) 875-3000
                                       Fax: (215) 875-4604
                                       rpaul@bm.net




                                       GLANCY PRONGAY & MURRAY LLP
                                       Lionel Z. Glancy (SBN 134180)
                                       Marc L. Godino (SBN 182689)
                                       Danielle L. Manning (SBN 313272)

1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

E-mail: info@glancylaw.com

GREENSTONE LAW APC
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
E-mail: mgreenstone@greenstonelaw.com

Attorneys for Plaintiff

Dated:  February 22, 2021          **GIBSON, DUNN & CRUTCHER.**

By:  */s/ Christopher Chorba*
Christopher Chorba
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213-229-7396
Fax: 213-229-6396
Email: cchorba@gibsondunn.com

*Attorneys for Defendants American Toyota Motor Sales U.S.A., Inc. Toyota Motor North America, Inc., and Toyota Motor Corporation*

**ATTESTATION OF FILER**

I, Cody R. Padgett, am the ECF user whose identification and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document. Signed this 22nd day of February, 2021.

/s/ Cody R. Padgett

Cody R. Padgett