GREENSTONE LAW APC
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
Email: mgreenstone@greenstonelaw.com

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
ALEXANDER N. HARRIS, SBN 278482
  aharris@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROSALIE QUINONES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., *et al.*,<br>　　　　　　Defendants. | Case No. 5:19-cv-01611-VAP-ADS<br><br>**JOINT STATUS REPORT RE AUGUST 30 STATUS CONFERENCE**<br><br>Hon. Virginia A. Phillips<br><br>Date:　August 30, 2021<br>Time:　1:30 PM<br>Place:　First Street Court House<br>　　　　Courtroom 8A<br>　　　　350 W. 1st Street<br>　　　　Los Angeles, CA 90012 |

Pursuant to the Court's Minute Order of Scheduling Conference (Dkt. 83), Plaintiff Rosalie Quinones and Defendants Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., and Toyota Motor Corporation, after meeting and conferring on the issues outlined below, respectfully submit this Joint Status Update in advance of the scheduled August 30, 2021 Status Conference.

The parties appeared before this Court on February 8, 2021 for a scheduling conference in this case and the related case *Loo, et al. v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:19-CV-0750-VAP-ADS. Except as otherwise noted here, the parties maintain their positions on the issues laid out in the Joint Rule 26(f) reports submitted in advance of that conference (*Loo* Dkt. 83; *Morales* Dkt. 78), and incorporate those positions into this Report. During that conference, the Court set a follow-up status conference, which is now scheduled for August 30, 2021 at 1:30 p.m. (*Loo* Dkts. 89, 93, 95; *Morales* Dkts. 83, 87, 89.)

## I. DISCOVERY

### A. Written Discovery Requests

The parties have exchanged written discovery requests and are in the process of providing written responses and document productions. Based upon Defendants' responses, Plaintiffs are concerned the parties disagree over fundamental issues that will complicate the process of obtaining a meaningful document production from Defendants. For example, Plaintiffs strongly disagree with Defendants' apparent position set forth in the draft ESI Protocol that custodial discovery is not needed for Plaintiffs' Motion for Class Certification, and consequently Plaintiffs are initiating a meet and confer process on this and other issues.

Defendants have not yet heard from Plaintiffs' counsel about these issues, but they have made their position well known throughout the case that custodial discovery is not necessary for any Rule 23 issue. (*See, e.g.*, *Morales* Dkt. 78 at 19–20.) In addition, Defendants also requested dates for the inspections of the named Plaintiffs' vehicles and their depositions on August 6 and again on August 12 and August 19. Plaintiffs are

coordinating with their clients to develop a workable schedule and locations for the requested vehicle inspections and depositions.

### B. Electronically Stored Information

The parties are currently negotiating an ESI Protocol and Protective Order governing this matter and have exchanged drafts, edits and comments on each. The parties anticipate that further meet and confer efforts are likely to prove fruitful and that they will be able to file stipulated proposed orders in the next few weeks.

## II. SETTLEMENT AND ADR (LOCAL RULE 26-1 (C))

Pursuant to the Court's order referring the case to a private mediator for a settlement conference to be conducted by September 2021 (Dkt. 83), the parties participated in a full-day mediation with the Honorable Charles W. McCoy (Ret.) of JAMS on August 5, 2021. The mediation did not resolve the dispute, but the parties agreed to continue their discussions with Judge McCoy.

## III. OTHER ISSUES

For the reasons stated in the Joint Report (Dkt. 78), Defendants renew their request for the Court to appoint interim class counsel pursuant to Rule 23(g). For the reasons set forth in section IV(A) of the Joint Report, Plaintiffs maintain that Toyota's attempt to dictate the manner in which the four Plaintiffs' firms coordinate the four actions is not appropriate and that Toyota's request for an appointment of interim class counsel should not be granted.

Dated: August 25, 2021

Respectfully submitted,

Capstone Law APC

By: /s/ *Tarek H. Zohdy*
Tarek H. Zohdy
Cody R. Padgett
Trisha K. Monesi

BERGER MONTAGUE P.C.
Russell D. Paul (*Pro Hac Vice*)
Amey J. Park (*Pro Hac Vice*)
1818 Market Street
Suite 3600

2
JOINT STATUS REPORT | CASE NO. 5:19-CV-01611-VAP-ADS

|   |   |
|---|---|
|   | Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Fax: (215) 875-4604<br>rpaul@bm.net |
|   | GLANCY PRONGAY & MURRAY LLP<br>Lionel Z. Glancy (SBN 134180)<br>Marc L. Godino (SBN 182689)<br>Danielle L. Manning (SBN 313272)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>E-mail: info@glancylaw.com |
|   | GREENSTONE LAW APC<br>Mark S. Greenstone (SBN 199606)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9156<br>Facsimile: (310) 201-9160<br>E-mail: mgreenstone@greenstonelaw.com |
|   | Attorneys for Plaintiffs |
| Dated:  August 25, 2021 | GIBSON, DUNN & CRUTCHER LLP |
|   | By:  /s/ *Christopher Chorba*<br>        Christopher Chorba |
|   | Attorneys for Defendants |

**ATTESTATION OF FILER**

I, Christopher Chorba, am the ECF user whose identification and password are being used to file this document.  I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.  Signed this 25th day of August, 2021.

/s/ *Christopher Chorba*
Christopher Chorba