1  CAPSTONE LAW APC
2  Tarek H. Zohdy (SBN 247775)
   Cody R. Padgett (SBN 275553)
3  Laura E. Goolsby (SBN 321721)
   1875 Century Park East, Suite 1000
4  Los Angeles, California 90067
   Telephone: (310) 556-4811
5  Facsimile: (310) 943-0396
   Tarek.Zohdy@capstonelawyers.com
6  Cody.Padgett@capstonelawyers.com
   Laura.Goolsby@capstonelawyers.com

7  *Attorneys for Plaintiffs*

8  [Additional Counsel on Signature Page]

9  CHRISTOPHER CHORBA, SBN 216692
   cchorba@gibsondunn.com
10 ALEXANDER N. HARRIS, SBN 278482
   aharris@gibsondunn.com
11 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
12 Los Angeles, CA  90071-3197
   Telephone:  213.229.7000
13 Facsimile:   213.229.7520

14 *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| ROSALIE QUINONES, | Case No. 5:19-cv-01611-VAP-ADS |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | Hon. Virginia A. Phillips |
| TOYOTA MOTOR SALES, U.S.A., INC. *et al.*, | Action Filed:  August 22, 2019 |
| Defendants. | Trial Date:  None Set |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1 of the United States District Court for the Central District of California, Plaintiff Rosalie Quinones ("Plaintiff") and Defendants Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., and Toyota Motor Corporation ("Defendants") (collectively, the "Parties") hereby submit the following Joint Stipulation dismissing the action with prejudice:

WHEREAS, Plaintiff filed her operative Third Amended Complaint on July 10, 2020 (Dkt. 59);

WHEREAS, Defendants answered Plaintiffs' Third Amended Complaint on November 30, 2020 (Dkts. 73–75);

WHEREAS, the Parties have reached a confidential settlement in this action;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action **with prejudice** as to Plaintiff's individual claims, and without prejudice as to the claims of the putative class members.  Defendants have consented to this dismissal.

Dated:  December 8, 2021             Respectfully submitted,

                                     Capstone Law APC

                                     By: /s/ Cody R. Padgett
                                         Tarek H. Zohdy
                                         Cody R. Padgett
                                         Laura E. Goolsby

```
 1
 2                                BERGER MONTAGUE P.C.
                                  Russell D. Paul (Pro Hac Vice)
 3                                Amey J. Park (Pro Hac Vice)
                                  1818 Market Street
 4                                Suite 3600
                                  Philadelphia, PA 19103
 5                                Tel: (215) 875-3000
                                  Fax: (215) 875-4604
 6                                rpaul@bm.net

 7                                GLANCY PRONGAY & MURRAY LLP
                                  Lionel Z. Glancy (SBN 134180)
 8                                Marc L. Godino (SBN 182689)
 9                                Danielle L. Manning (SBN 313272)
                                  1925 Century Park East, Suite 2100
10                                Los Angeles, California 90067
11                                Telephone: (310) 201-9150
                                  Facsimile: (310) 201-9160
12                                E-mail: info@glancylaw.com

13                                GREENSTONE LAW APC
14                                Mark S. Greenstone (SBN 199606)
                                  1925 Century Park East, Suite 2100
15                                Los Angeles, California 90067
                                  Telephone: (310) 201-9156
16                                Facsimile: (310) 201-9160
17                                E-mail: mgreenstone@greenstonelaw.com

18                                Attorneys for Plaintiffs
19
20   DATED: December 8, 2021       GIBSON, DUNN & CRUTCHER LLP
21
                                   By:    /s/ Christopher Chorba
22                                           Christopher Chorba
23                                 Attorneys for Defendants
24
25
26
27
28

       STIPULATION OF DISMISSAL WITH PREJUDICE | CASE NO. 5:19-CV-01611-VAP-ADS
```

## ATTESTATION

I, Cody R. Padgett, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  December 8, 2021                    By:   */s/ Cody R. Padgett*